Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                )
                                     ) Case No._____
                                     )
                                     ) TRUSTEE'S OBJECTIONS TO CLAIMED
                                     ) EXEMPTIONS, **AND ORDER THEREON**
Debtor(s)                            )

The trustee, _____, objects to the debtor(s)' claim of exemption in the following property under the provisions of 11 U.S.C. §522(1) and Bankruptcy Rule 4003:




and requests an order that each be disallowed for the reason(s) that:




DATE: _____                                    _____
                                                    Trustee

IT IS ORDERED AND NOTICE IS GIVEN that the debtor(s)' claim of exemption in the property named above will be disallowed pursuant to the trustee's objection, without further order of the court, unless within 23 days of the most recent date included in the "FILED" stamp above, the debtor(s) files a written request for a hearing, setting forth the specific grounds for such hearing, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; OR, if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), AND serves a copy on the trustee at _____
_____.

752.20 (12/1/09)                          ###