Gary L. Schultz
Attorney at Law
Post Office Box 113
McMinnville, Oregon 97128
(503) 472-2673

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re ) | |
| Danielle Lee Wait, ) | Case No. 15-33254 rld7 |
| ) | |
| Debtor. ) | REQUEST FOR HEARING ON TRUSTEE'S |
| ) | OBJECTION TO CLAIMED EXEMPTIONS |
| ) | |

In response to the trustee's objection to the exemptions at no. 1 of his objection (1994 Chevy Blazer), debtor represents as follows: it is debtor's intention to file amended Schedule B and C to address the objection.

In response to the trustee's objection to the exemptions at no. 2 of his objection (discrimination lawsuit v. Cal-Am Properties), debtor represents as follows: she has not actually received any damages for her claim against the named defendant; she may never receive any such damages; and, if she does eventually recover for her damages, she does not know, with any degree of certainty, what the nature of the award will be. Therefore, there is no purpose in litigating the validity of a potential exemption at the present time. However, debtor does believe that, based upon the nature of her claim in her lawsuit, the exemption available to her under 11 U.S.C. §522 (d)(11)(D) may well cover some of any potential award to her and so she is requesting a hearing to preserve that issue.

     /s/ Gary L. Schultz
Gary L. Schultz OSB #801041
Attorney for Debtor

Page 1- REQUEST FOR HEARING ON TRUSTEE'S OBJECTION TO CLAIMED EXEMPTIONS

Gary L. Schultz · Attorney at Law · OSB #801041
205 NE 6th · P.O. Box 113 · McMinnville, Oregon 97128
(503) 472-2673 · Fax: (503)472-2940 · Email: gls@onlinemac.com

Case 15-33254-rld7    Doc 21    Filed 09/25/15