```
 1  Gary L. Schultz
    Post Office Box 113
 2  McMinnville, Oregon 97128
    (503) 472-2673
 3
    Attorney for Debtor
 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| In Re | ) | |
|---|---|---|
| Danielle Lee Wait, | ) | Case No. 15-33254-rld7 |
| | ) | |
| Debtor. | ) | MOTION TO CONTINUE |
| | ) | |
| | ) | |

Debtor, by and through her attorney, Gary L. Schultz, moves the court for an order continuing the hearing presently set for October 28, 2015 on the Trustee's Objection to Exemptions. This motion is based upon the affidavit filed herein which is by this reference incorporated herein.

DATED: October 9, 2015.

                      /s/ Gary L. Schultz
Gary L. Schultz   OSB #801041
Attorney for Debtor

I, Gary L. Schultz, certify that a copy of this request was sent to my client on the date set forth above.

                      /s/ Gary L. Schultz
Gary L. Schultz

Page 1 - MOTION TO CONTINUE

Gary L. Schultz · Attorney at Law · OSB #801041
205 NE 6th · P.O. Box 113 · McMinnville, Oregon 97128
(503) 472-2673 · Fax: (503)472-2940 · Email: gls@onlinemac.com

Case 15-33254-rld7    Doc 25    Filed 10/09/15

| | |
|---|---|
| 1 | Gary L. Schultz |
| | Post Office Box 113 |
| 2 | McMinnville, Oregon 97128 |
| | (503) 472-2673 |
| 3 | |
| | Attorney for Debtor |
| 4 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In Re )
Danielle Lee Wait, ) Case No. 15-33254-rld7
 )
Debtor. ) AFFIDAVIT IN SUPPORT
 ) OF MOTION TO CONTINUE
 )

STATE OF OREGON ) ss.
County of YAMHILL )

I, Gary L. Schultz, being first duly sworn, depose and say:

I am requesting a continuance of the hearing set in the entitled case for the following reason: I will be out of the country on October 28, 2015, the date on which it is presently scheduled for hearing. I will return to my office on November 10, 2015.

I contacted Kirk Knutson, attorney for trustee Rodolfo Camacho, and he indicated he would have no objection to a reset. He also indicated that he will be out of the country from November 4, 2015 through November 16, 2015.

DATED: October 9, 2015.

        /s/ Gary L. Schultz
Gary L. Schultz   OSB #801041
Attorney for Debtor

SUBSCRIBED and SWORN TO ON: October 9, 2015.

        /s/ Kathleen E. Larsen
Notary Public for Oregon
My commission expires: 05/27/17

Page 1 - AFFIDAVIT IN SUPPORT OF MOTION TO CONTINUE

Gary L. Schultz · Attorney at Law · OSB #801041
205 NE 6th · P.O. Box 113 · McMinnville, Oregon 97128
(503) 472-2673 · Fax: (503)472-2940 · Email: gls@onlinemac.com

Case 15-33254-rld7    Doc 25    Filed 10/09/15