Below is an Order of the Court.

RANDALL L. DUNN
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No._____ |
| | ) | |
| | ) | MOTION FOR ORDER REQUIRING DEBTOR(S) TO |
| | ) | TURN OVER PROPERTY AND/OR RECORDED |
| Debtor(s) | ) | INFORMATION, **AND ORDER THEREON** |

It appearing that the debtor(s) are accountable to the trustee, _____, for the following monies, property and/or recorded information, including books, documents, records, and papers relating to property of the estate:

The trustee moves the court for an order requiring the debtor(s) to turn over said property and/or recorded information as follows:

DATE: _____                                    _____
                                                                                    Trustee

IT IS ORDERED AND NOTICE IS GIVEN that the debtor(s) are required to turn over to the trustee the property and/or recorded information stated above in the manner stated above, without further order of the Court, unless within 23 days of the date in the "FILED" stamp above the debtor(s) BOTH: (1) files written objections thereto, <u>setting forth</u> the specific grounds for such objection, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; OR, if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), AND (2) serves a copy thereof on the trustee at _____.

**NOTE:** Failure to comply with the foregoing order is a ground for the denial of the discharge of the debtor(s) or the revocation of such discharge. 11 U.S.C. §727.

755 (12/1/09)                                    ###