Below is an Order of the Court.

RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In Re:                          ) Bankruptcy Case
                                ) No. 15-33254-rld7
Danielle Lee Wait,              )
                                )
                Debtor.         ) ABATEMENT ORDER

Based on the record of hearing held November 18, 2015, it is

ORDERED that the proceedings on Trustee's Objections to Claimed Exemptions are ABATED until further order of the court.

### 

cc:    Gary L Schultz
       Rodolfo A Camacho
       US Trustee

Page 1 - ABATEMENT ORDER