Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re: ) Case No._____
 )
 ) APPLICATION TO EMPLOY ATTORNEY
 ) *ON CONTINGENT FEE BASIS*;
Debtor(s) ) **AND ORDER AND NOTICE THEREON**

1. The trustee applies to employ _____, OSB#_____, whose address is _____, to provide the following services:

2. The terms of the attorney's contingent fee agreement are:

3. The contingent fee is appropriate because:

4. The details of any settlement offers to date are:

753.95 (12/1/09) **Page 1 of 2**   *** **SEE NEXT PAGE** ***

5. To the best of the trustee's knowledge said attorney has no connections with the entities listed in the verification below, except as described therein.

DATE: _____                                              _____
                                                                                              Trustee

     I, the attorney named above, verify that I will be the trustee's attorney of record; I have read 11 U.S.C. §101(14) and §327, and FRBP 2014(a); and my firm has no connections with the debtor(s), creditors, U.S. Trustee, Asst. U.S. Trustee, any employee of either the U.S. Trustee or Asst. U.S. Trustee, any District of Oregon Bankruptcy Judge, any other party in interest, or their respective attorneys or accountants, except as follows:

_____
Attorney Signature

     **IT IS ORDERED AND NOTICE IS GIVEN** that employment of the above named attorney is authorized on the contingent fee basis stated in pt. 2 above, unless within 23 days of the date in the "FILED" stamp on page 1 an interested party BOTH (1) files a written objection to such employment on the above terms, <u>setting forth</u> the specific grounds for such objection, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; <u>OR</u> if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401); <u>AND</u> (2) serves a copy on the trustee at _____
_____.

###

753.95 (12/1/09) **Page 2 of 2**

Case 15-33254-rld7    Doc 38    Filed 05/04/16