NOHIH (6/1/12) gjd

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
July 13, 2016
Clerk, U.S. Bankruptcy Court
BY **gjd** DEPUTY

In re
**Danielle Lee Wait**
Debtor(s)

Case No. **15−33254−rld7**

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Hearing, at which testimony will not be received, will be held:

**DATE:** 7/18/16    **TIME:** 11:00 AM

**LOCATION:** US Bankruptcy Court, Courtroom #3, 1001 SW 5th Ave, 7th Floor, Portland, OR 97204

to consider and act upon the following:

Motion to Expedite Hearing Re:45 Motion to Convert Case to Chapter 13

Clerk, U.S. Bankruptcy Court