Below is an Order of the Court.

_RANDALL L. DUNN_
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In Re:                                    ) Bankruptcy Case
                                          ) No. 15-33254-rld7
Danielle Lee Wait,                        )
                                          ) ORDER DENYING MOTION
                        Debtor.           ) TO EXPEDITE HEARING

        For the reasons stated on the record at the hearing held on

July 18, 2016, on the debtor's Motion to Expedite Hearing ("Motion")

(Docket No. 52), it is hereby

        ORDERED that the Motion is DENIED.

                                ###

cc:     Nicholas Henderson
        Douglas Pahl
        Rodolfo Camacho, chapter 7 trustee

Page 1 - ORDER DENYING MOTION TO EXPEDITE HEARING