1  Douglas R. Pahl, OSB No. 950476
   DPahl@perkinscoie.com
2  PERKINS COIE LLP
   1120 N.W. Couch Street, 10th Floor
3  Portland, OR  97209-4128
   Telephone:  503.727.2000
4  Facsimile:  503.727.2222

5  Attorneys for Interested Party
   Cal-Am Properties, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Danielle Lee Wait<br><br>Debtor. | Case No. 15-33254-rld7<br><br>STIPULATION OF EXHIBITS FOR EVIDENTIARY HEARING |

The Chapter 7 Trustee, Debtor and Cal-Am Properties, Inc. (collectively, the "Parties") hereby stipulate to the authenticity and admissibility of the documents listed below and attached hereto for purposes of the hearing on the Trustee's Motion and Notice of Intent to Settle and Compromise (ECF No. 42) and the Debtor's Motion to Convert to Chapter 13 (ECF No. 45), currently set on July 26, 2016 at 1:30 p.m. in Courtroom 3; *provided, however,* that Exhibits 14-19 shall remain subject to Debtor's right to object to such exhibits on the grounds of materiality or relevance and subject to the right of either Party to introduce further evidence not inconsistent herewith.

PAGE 1-  STIPULATION OF EXHIBITS FOR EVIDENTIARY HEARING

63388-0005/LEGAL131983656.1

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Case 15-33254-rld7    Doc 61    Filed 07/26/16

| Ex. No. | Date | Description | Offered | Objected | Received |
|---|---|---|---|---|---|
| 1. | 8/25/15 | BOLI Litigation: Formal Charges filed by the Oregon Bureau of Labor and Industries ("BOLI") on behalf of Danielle Wait (the "Debtor"), and Amy Tuttle, and the Fair Housing Council of Oregon (Case Nos. 30-15, 31-15, and 32-15) (the "**BOLI Litigation**") | | | |
| 2. | 10/6/15 | BOLI Litigation: Petition to Intervene by Danielle Wait | | | |
| 3. | 1/27/16 | BOLI Litigation: Petition in Intervention by Danielle Wait | | | |
| 4. | 4/27/16 | BOLI Litigation: Respondent's Motion for Summary Judgment | | | |
| 5. | 5/13/16 | BOLI Litigation: Complainants' Opposition to Respondent's First Motion for Summary Judgment | | | |
| 6. | 5/13/16 | BOLI Litigation: Amended Formal Charges | | | |
| 7. | 5/16/16 | BOLI Litigation: Agency's Response to Respondent's First Motion for Summary Judgment | | | |
| 8. | 5/27/16 | BOLI Litigation: Reply in Support of Respondent's Motion for Summary Judgment | | | |
| 9. | 6/3/16 | BOLI Litigation: Agency's Response to Respondent's Reply in Support of Motion for Summary Judgment | | | |
| 10. | 6/22/16 | BOLI Litigation: Interim Order Re Respondent's Motion for Summary Judgment | | | |

PAGE 2- STIPULATION OF EXHIBITS FOR EVIDENTIARY HEARING

63388-0005/LEGAL131983656.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 15-33254-rld7    Doc 61    Filed 07/26/16

| Ex. No. | Date | Description | Offered | Objected | Received |
|---|---|---|---|---|---|
| 11. | 5/3/16 | *Appeal:* Cal-Am Litigation: Petitioner-Appellant's Opening Brief and Excerpt of Record filed in the Cal-Am Properties v. Oregon Bureau of Labor and Industries case in the Cal-Am Properties vs. Oregon Bureau of labor and Industries, Court of Appeals for the State of Oregon Case No. CA A161504 ("**Cal-Am Litigation**") | | | |
| 12. | 6/20/16 | *Appeal:* Cal-Am Litigation: Respondent's Answering Brief | | | |
| 13. | 7/11/16 | *Appeal:* Cal-Am Litigation: Petitioner-Appellant's Reply Brief | | | |
| 14. | 5/12/15 | Letter Springbook Estates to Debtor Residence and All Other Occupants Re: Account Balance Owed $60.60 | | | |
| 15. | 9/8/15 | Notice of Termination for Non-Payment of Rent to Debtor Residence and All Other Occupants | | | |
| 16. | 11/24/15 | Letter Cal-Am Properties / Springbrook Estates to Debtor Residence and All Occupants Re: Ninety-Day Notice of Rent Increase | | | |
| 17. | 4/8/16 | Notice of Termination for Non-Payment of Rent to Debtor Residence and All Other Occupants | | | |

PAGE 3- STIPULATION OF EXHIBITS FOR EVIDENTIARY HEARING

63388-0005/LEGAL131983656.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 15-33254-rld7    Doc 61    Filed 07/26/16

| Ex. No. | Date | Description | Offered | Objected | Received |
|---|---|---|---|---|---|
| 18. | 6/10/16 | Notice of Termination for Non-Payment of Rent to Debtor Residence and All Other Occupants | | | |
| 19. | 7/20/16 | Resident Ledger at Debtor Residence | | | |
| 20. | 6/22/16 | Paystub Date: ACNM, LLC Employer; Danielle L. Wait, Employee | | | |
| 21. | 7/06/16 | Paystub Date: ACNM, LLC Employer; Danielle L. Wait, Employee | | | |
| 22. | 7/20/16 | Paystub Date: ACNM, LLC Employer; Danielle L. Wait, Employee | | | |

So Stipulated:

**Perkins Coie LLP**

/s/ Douglas R. Pahl                                Dated: July 26, 2016
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
Telephone: (503) 727-2087
*Attorneys for Cal-Am Properties, Inc.*

**Motschenbacher & Blattner, LLP**

/s/ Troy Sexton                                     Dated: July 16, 2016
Troy Sexton, OSB No. 115184
tsexton@portlaw.com
Nicholas J. Henderson, OSB No. 074027
nhenderson@portlaw.com
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
*Attorneys for the Debtor*

PAGE 4- STIPULATION OF EXHIBITS FOR EVIDENTIARY HEARING

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

63388-0005/LEGAL131983656.1

Case 15-33254-rld7    Doc 61    Filed 07/26/16

| | |
|---|---|
| /s/ Rodolfo Camacho<br>Rodolfo A. Camacho, OSB No. 95520<br>Chapter 7 Bankruptcy Trustee<br>rudy@camacholaw.com<br>PO Box 13897 Salem, OR 97309<br>Telephone: (503) 244-4810<br>*Chapter 7 Trustee* | Dated: July 26, 2016 |

Presented by:

**Perkins Coie LLP**

/s/ Douglas R. Pahl
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
1120 N.W. Couch St., 10th Fl.
Portland, OR 97209
Telephone: (503) 727-2087
*Attorneys for Cal-Am Properties, Inc.*

PAGE 5- STIPULATION OF EXHIBITS FOR EVIDENTIARY HEARING

63388-0005/LEGAL131983656.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 15-33254-rld7    Doc 61    Filed 07/26/16

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date show below the foregoing STIPULATION OF EXHIBITS FOR EVIDENTIARY HEARING was electronically filed with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants.

DATED this 26th day of July, 2016

PERKINS COIE LLP

/s/ Douglas R. Pahl
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com

Attorneys for Cal-Am Properties, Inc.

PAGE 1- CERTIFICATE OF SERVICE

63388-0005/LEGAL131983656.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 15-33254-rld7    Doc 61    Filed 07/26/16